COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:     Rusty Terry v. The State of Texas

Appellate case number:   01-15-00630-CR

Trial court case number: 1451197

Trial court:             183rd District Court of Harris County

On November 24, 2015, this Court issued an order, abating the appeal and directing the trial court to hold a hearing. We withdraw this order and reinstate the appeal on the active docket.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
              ☑ Acting individually    ☐ Acting for the Court

Date: January 21, 2016